No. 12,295.

WILLIAM A. DENIGER vs. SIXTH DISTRICT SANITARY EXCAVATING COMPANY.

APPEAL from the Civil District Court for the Parish of Orleans. *Rightor, J.*

*Henry P. Dart* and *Benjamin W. Kernan* for Plaintiff, Appellee.

*Charles F. Claiborne* for Defendant, Appellant.

Argued and submitted December 18, 1896.

Opinion handed down January 4, 1897.

The opinion of the court was delivered by

MILLER, J. This is an appeal from the judgment decreeing plaintiff to be the owner of twenty-five shares of the stock of the Sixth District Excavating Company and the dividends thereon. The judg-

ment is against the company and the defendant Benton, who has collected the dividends in controversy.

The issue is one of fact only and the judgment of the lower court is affirmed.